Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge     Court appearing by video conference
Criminal No. 4:25-cr-00121-SMR-HCA-10     :     Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Sara Ann Bowers

Gov. Atty(s): Adam J. Kerndt     : ☐ Indictment ☑ Superseding Indictment ☐ Information
Def. Atty(s): J. Keith Rigg     : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference     : Code Violation/Offense:
☑ All Parties Consent to Video Proceeding     : Ct 1s - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to
Court Reporter: FTR Gold     : Distribute a Controlled Substance
Interpreter: N/A     :
☐ Interpreter Sworn

Date: October 20, 2025
Initial Appearance Start Time: 2:28 p.m.     Arraignment Start Time: 2:31 p.m.     End Time: 2:39 p.m.

## Initial Appearance

☑ Advised of Rights     : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights     : ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No     : ☐ Retained Counsel
☑ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: December 1, 2025     : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: October 30, 2025     : ☑ Indicted in True Name
Reciprocal Discovery due: November 10, 2025     : True Name:
Pretrial Motions due: November 10, 2025     : ☑ Reading of Indictment Waived
Plea Notification Deadline: November 10, 2025     : Plea of Not Guilty Accepted as to Ct(s): 1s
Plea Entry Deadline: November 17, 2025     : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):     : ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention     :
☐ Defendant Waived Preliminary Examination     : Detention Hearing Set:
☑ Defendant Waived Detention Hearing     : Before:
Court Ordered Defendant:     : Courthouse:     Room:
☐ Released on Bond     : Revocation Hearing Set:
☑ Detained     : Before:
     : Courthouse:     Room:

Defendant waives without prejudice, the right to a detention hearing at this. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ K. Platt
Deputy Clerk