AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
8:44 am, Oct 17 2025

| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 4:25-cr-121 |
| SARA ANN BOWERS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SARA ANN BOWERS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute a Controlled Substance, in violation of T. 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) and 846

Date: 10/16/2025

WARRANT ISSUED
CHANDLOR G COLLINS, Clerk
By: _____
DEPUTY CLERK

City and state: Des Moines, Iowa

Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/17/25, and the person was arrested on *(date)* 10/20/25 at *(city and state)* Des Moines, IA.

Date: 10/20/25

_____
*Arresting officer's signature*

CURTIS KLEIDE / FBI SPECIAL AGENT
*Printed name and title*