IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | Number 4:25-cr-00121 |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | MOTION TO CONTINUE |
| SARA ANN BOWERS, | ) | TRIAL DATE |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

    COMES NOW J. Keith Rigg, on behalf of the Defendant, Sara Ann Bowers, and in support of the Motion to Continue states as follows:

    1. Trial in this matter is currently set for December 1, 2025.

    2. Additional time is needed to review and analyze discovery and to determine if the case can be resolved without the necessity of trial.

    3. Trial of the co-defendants in this case is currently set for March 30, 2026.

    4. Such continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) & (B).

    5. Pursuant to L.R. 7(k) the undersigned has contacted counsel for the Government, as well as counsel for all other parties and any pro se defendants and has conferred with them in good faith concerning the motion. There is no resistance to the motion.

    6. The undersigned states counsel and Defendant have spoken about the motion and Defendant understands that a continuance means trial and associated deadlines will be moved to a later date, and that the speedy trial clock will be tolled in the interim.

WHEREFORE the Defendant prays that the Court continue the trial date to March 30, 2026 in this matter and that motion and plea entry deadlines be continued to reflect the new trial date.

Respectfully submitted,

/s/ Keith Rigg
_____
J. KEITH RIGG
317 Sixth Avenue, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 284-7930
ATTORNEY FOR DEFENDANT

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record at their respective addresses disclosed on the pleadings on November 12, 2025 through electronic service via CM/ECF.

Signature: /s/ Keith Rigg