# UNITED STATES DISTRICT COURT
FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Defendant Under Pretrial Supervision

---

**Name of Defendant:** Sara Ann Bowers                 **Case Number:** 4:25-cr-00121-010

**Name of Judicial Officer:**     Helen C. Adams, U.S. Magistrate Judge

**Charge:**          21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846 – Conspiracy to Distribute a Controlled Substance

**Placed on Bond:**     October 21, 2025

**Type of Bond:**     Personal Recognizance

**Trial Date:**     March 30, 2026

**Assistant U. S.
Attorney:**     Amy L. Jennings          **Defense Attorney:** J. Keith Rigg

---

### PETITIONING THE COURT

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1.  Use of Alcohol

Nature of Noncompliance

On December 29, 2025, the defendant provided a urine sample at Community and Family Resources in Des Moines, Iowa. The urine sample was presumptive positive for alcohol. On December 30, 2025, this officer contacted the defendant, via telephone. She was questioned about alcohol use. At the time, the defendant admitted to consuming alcohol. On December 31, 2025, the defendant reported to the U.S. Probation Office for an office contact. During the contact, she signed an admission of use form, admitting to consuming one margarita on December 27, 2025.

**U. S. Probation Officer Action:**

The defendant was counseled regarding her use of alcohol and its correlation to other illegal substance use. The defendant has an appointment with her substance use counselor on January 5, 2026. The defendant was directed to discuss her alcohol use with her counselor. Additionally, the defendant's urine testing will be increased.

**Background Information:**

On October 21, 2025, the defendant was released on bond with pretrial services supervision. This is the defendant's first violation while on pretrial release. The defendant has trial scheduled for March 30, 2026.

Respectfully submitted,

By _Ashley Knight_

Ashley Knight
Supervisory U.S. Probation Officer
Date: December 31, 2025

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒   Does not object to the proposed action.

☐   Objects but does not request a formal hearing be set.

☐   Objects and will petition the Court requesting that a formal hearing be set.

AUSA:   Amy Jennings     Signature: _____

☒   No further action is needed

☐   Submit a request for modification of the condition or term of supervision.

☐   Submit a request for warrant or summons.

☐   Other: _____

_Helen C. Adams_
Helen C. Adams
U.S. Magistrate Judge

January 5, 2026
**Date**