UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

**Sealed Petition for Warrant for Defendant Under Pretrial Supervision**

---

**Name of Defendant:** Sara Ann Bowers          **Case Number:** 4:25-cr-00121-010

**Name of Judicial Officer:** Helen C. Adams, U.S. Magistrate Judge

**Charge:** 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846 – Conspiracy to Distribute a Controlled Substance

**Placed on Bond:** October 21, 2025

**Type of Bond:** Personal Recognizance

**Trial Date:** March 30, 2026

**All Prior Reports & Actions:** January 4, 2026 – Information Only Report

**Assistant U. S. Attorney:** Amy L. Jennings
MacKenzie Benson Tubbs     **Defense Attorney:** J. Keith Rigg

---

**PETITIONING THE COURT**

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the defendant has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Use of Controlled Substance

Nature of Noncompliance

On February 24, 2026, a home contact was conducted at the defendant's residence. During the home contact the defendant admitted she has used a controlled substance. The defendant was questioned on what controlled substance she had used. The defendant did not answer. The defendant admitted she is going into custody at the time of her plea and "did not see a point."

**U. S. Probation Officer Recommendation:**

    The term of Pretrial supervision should be:

        Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2026

*Ashley Knight*

Ashley Knight
Supervisory U.S. Probation Officer
Date: February 26, 2026

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: __Amy Jennings__          Signature: _____

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons, so that a hearing can be held on _____ at _____.

☐ Other: _____

**Signature of Judicial Officer**

**Date**