AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
11:22 am, Feb 26 2026

United States of America
v.
Sara Ann Bowers

)
)
)
)
)
)

Case No. 4:25-cr-00121-SMR-HCA-10

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sara Ann Bowers,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Pretrial Supervision Violation (ECF 319)

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

By: *[signature]*
DEPUTY CLERK

Date: 2/26/2026

City and state: Des Moines, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* FEB 26, 2026, and the person was arrested on *(date)* FEB 26, 2026
at *(city and state)* Des Moines, Iowa.

Date: FEB 26, 2026

*[signature]*
Arresting officer's signature

WADE JACKSON - DUSM
*Printed name and title*