# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge
Criminal No. 4:25-cr-00121-SMR-HCA-10       :     Clerk's Court Minutes – Initial Appearance

---

United States of America vs. Sara Ann Bowers

---

Gov. Atty(s): Amy L. Jennings           : ☐ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): J. Keith Rigg             : ☐ Complaint  ☑ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : Pretrial Release Violation (ECF #319)
Court Reporter: Tonya Gerke             :
Interpreter: N/A                        :
☐ Interpreter Sworn

Date: February 26, 2026
Initial Appearance Start Time: 2:42 p.m.    Arraignment Start Time:         End Time: 2:48 p.m.

## Initial Appearance

☑ Advised of Rights                                  : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights            : ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No          : ☐ Retained Counsel
☐ Rule 5 Admonition Given                            :

## Arraignment

Trial Scheduled for:                     : ☐ Advised of Charges/Maximum Penalties
Rule 16 Material due:                    : ☐ Indicted in True Name
Reciprocal Discovery due:                :    True Name:
Pretrial Motions due:                    : ☐ Reading of Indictment Waived
Plea Notification Deadline:              :    Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:                     : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ☐ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention           :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing       : Before:
                                           : Courthouse:                    Room:
Court Ordered Defendant:                   : Revocation Hearing Set:
☐ Released on Bond                         : Before:
☑ Detained                                 : Courthouse:                    Room:

---

Defendant appears with CJA Panel Attorney J. Keith Rigg. Defendant consents to going into custody pursuant to the plea agreement. Government requests The Court deny the petition for revocation as moot. The court denies Motion for Revocation of Pretrial Supervision (ECF #319) as moot. The Court resets the Change of Plea Hearing for March 5, 2026 at 2:30 p.m. and continues the Plea Entry Deadline to March 5, 2026.

/s/ K. Platt
Deputy Clerk