**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-cr-00121-SMR-HCA-10    :    Clerk's Court Minutes – Plea

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s): Amy L. Jennings |
| vs. | : | Def. Atty(s): J. Keith Rigg |
| | : | Court Reporter: Kelli Mulcahy |
| Sara Ann Bowers | : | Interpreter: N/A |

Date: March 5, 2026                          :
Time Start: 3:19 p.m.                       :
Time End: 3:41 p.m.                         :

Indictment ✔ Superseding Indictment    Information
In  1  Count(s) – Code Violation:

Ct 1s - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance

Certified/Language Skilled interpreter sworn
✔ Consent to magistrate accepted
✔ Defendant sworn
✔ Defendant advised of potential perjury charges
  Plea agreement filed/to be filed
      Defendant understands
      Defendant agrees
   ✔ There is no plea agreement to file
✔ Defendant advised of nature of charges
✔ Defendant advised of elements
✔ Defendant satisfied with attorney
✔ Defendant advised of penalties
   ✔ Maximum fine/incarceration
   ✔ Mandatory minimum fine/incarceration
      Forfeiture/restitution
   ✔ Supervised release
      ✔ Maximum
      ✔ Mandatory minimum
   ✔ Mandatory Special Assessment
✔ No promises made regarding sentence
✔ Defendant advised of sentencing guidelines
✔ Defendant waives rights to jury trial
✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 1s
Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea
✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing
✔ Counsel informed they have 14 days to file any objection to Report and Recommendation
  Court accepts plea
  Court rejects plea
  Offense Conduct Statement due: To be set by further order
  PSR to be disclosed to counsel: To be set by further order
  Objections to PSR due: To be set by further order
  Applicability of advisory guideline
  to the Court due: 10 days before sentencing
  Sentencing date: July 1, 2026 at 9:15 a.m.
      Before: The Honorable Stephanie M. Rose
          In: Des Moines Courthouse    Rm: 510
  Custody status:
  ✔ Detention
    Bond

Additional Information:

/s/ K. Platt
Deputy Clerk